**Balwinder SINGH–KAUR, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–71865.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 15, 2006.*

Filed Nov. 20, 2006.

Balwinder Singh–Kaur, Ozone Park, NY, pro se.

Before: KLEINFELD and THOMAS, Circuit Judges, and LEIGHTON **, District Judge.

MEMORANDUM ***

Balwinder Singh–Kaur petitions for review of the Board of Immigration Appeals's summary affirmance of the immigration judge's denial of his motion to reopen removal proceedings and rescind an *in absentia* removal order. We review

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the

for abuse of discretion the denial of a motion to reopen.[1] Singh–Kaur received statutory notice of the hearing.[2] He failed to show good cause for his failure to appear and provided no evidence of exceptional circumstances justifying his failure to appear.

The petition is DENIED.

courts of this circuit except as provided by 9th Cir. R. 36–3.

1. *Watkins v. INS,* 63 F.3d 844, 847 (9th Cir. 1995).

